IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SAMUEL LOUIS BLATNICK,<br><br>Plaintiff,<br><br>v.<br><br>LAIRD NOLLER AUTOMOTIVE, INC., and MCCARTHY AUTO GROUP OF LAWRENCE, INC. d/b/a MCCARTHY HYUNDAI OF LAWRENCE,<br><br>Defendants. | ) | Case No. 2:26-cv-02480-KHV-RES |

**DEFENDANT LAIRD NOLLER AUTOMOTIVE, INC.'S MOTION TO PARTIALLY DISMISS CLAIMS**

Defendant Laird Noller Automotive, Inc. ("Laird Noller"), pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves the Court to dismiss Count III of Plaintiff's First Amended Petition – the civil RICO claim brought under 18 U.S.C. § 1964(c) – with prejudice.

Count III fails to state a claim upon which relief can be granted. It does not identify a substantive violation of 18 U.S.C. § 1962. It does not allege a RICO enterprise distinct from Laird Noller. It does not plead two predicate acts of racketeering with the particularity required by Fed. R. Civ. P. 9(b). It does not allege a pattern of racketeering activity. It does not allege that a RICO violation proximately caused Plaintiff's alleged injury. And it seeks injunctive relief that is not available to a private plaintiff and that Plaintiff has no standing to pursue.

The grounds for this Motion are set forth more fully in the Memorandum in Support filed contemporaneously with this Motion, which Laird Noller incorporates by reference as though fully set forth herein.

WHEREFORE, Laird Noller respectfully requests that the Court dismiss Count III of Plaintiff's First Amended Petition with prejudice and grant such further relief as the Court deems just and proper.

Respectfully submitted,

MORRIS LAING LAW FIRM

/s/ Ryan M. Peck

Ryan M. Peck, #21223
Cristina Silva, #29791
300 N. Mead, Suite 200
Wichita, Kansas 67202
Direct: (316) 383-6453
Main: (316) 262-2671
Fax: (316) 262-6226
rpeck@morrislaing.com
csilva@morrislaing.com
*Attorneys for Defendant*
*Laird Noller Automotive, Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this 14th day of August, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter. A copy also was sent via email to the following:

Samuel L. Blatnick
Blatnick Law, LLC
15732 Oakmont Street
Overland Park, Kansas 66221
samblatnick@gmail.com

/s/ Ryan M. Peck
Ryan M. Peck